IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-00790-WYD-MEH

CAPITOL RECORDS, INC., a Delaware corporation;
WARNER BROS. RECORDS INC., a Delaware corporation;
UMG RECORDINGS, INC., a Delaware corporation;
BMG MUSIC, a New York general partnership;
ARISTA RECORDS LLC, a Delaware limited liability company;
PRIORITY RECORDS LLC, a California limited liability company;
SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership;
INTERSCOPE RECORDS, a California general partnership;
ATLANTIC RECORDING CORPORATION, a Delaware corporation;
VIRGIN RECORDS AMERICA, INC., a California corporation;
ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation;
MOTOWN RECORD COMPANY, L.P., a California limited partnership; and
LAFACE RECORDS LLC, a Delaware limited liability company,

       Plaintiffs,

v.

DOES 1 - 10,

       Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS MATTER comes before the Court on a Notice of Dismissal Without Prejudice [# 11], filed May 23, 2007.  The Court will construe this motion as a notice of dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(i).  After careful review of the file, the Court has concluded that the notice should be approved and that Plaintiffs' claims against the Defendants should be **DISMISSED WITHOUT PREJUDICE**.

THEREFORE IT IS ORDERED as follows:

That Plaintiffs' Notice of Dismissal Without Prejudice [# 11] is **APPROVED**; and that Plaintiffs' claims against the Defendants are **DISMISSED WITHOUT PREJUDICE**, each party to pay its own attorney's fees and costs.

Dated:  May 29, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge